934 F.2d 320
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Clarence SUTTON, Petitioner-Appellant,
v.
UNITED STATES of America, Warden, Maryland House of
Correction, Respondents-Appellees.
 No. 90-6682.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 2, 1991.
Decided May 28, 1991.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Herbert F. Murray, Senior District Judge. (CA-88-2031-HM)
 Clarence Sutton, appellant pro se.
 Breckinridge Long Willcox, United States Attorney, John Joseph Curran, Attorney General, Mary Ellen Barbera, Assistant Attorney General, Baltimore, Md., for appellees.
 D.Md.
 AFFIRMED.
 Before PHILLIPS and WILKINSON, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Clarence Sutton appeals from the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2241. Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Sutton v. United States, CA-88-2031-HM (D.Md. Sept. 7, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.